856

No. 887. OSAKA SHOSEN KAISHA *v.* OLIVIER STRAW GOODS CORP. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioner. *Messrs. Henry N. Longley* and *Ezra G. Benedict Fox* for respondent.

No. 891. DANA *v.* SEARIGHT ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. James M. Beck* and *Malcolm E. Rosser* for petitioner. *Messrs. Ed. J. Fleming, H. A. Tallman, Randolph Shirk, H. F. Aby,* and *W. F. Tucker* for respondents.

No. 893. CHICAGO, ROCK ISLAND & PACIFIC RY. Co. *v.* TROUT. May 25, 1931. Petition for writ of certiorari to the Court of Appeals of Kansas City, Missouri, denied. *Messrs. M. L. Bell, W. F. Dickinson, Luther Burns, Henry S. Conrad,* and *Lisbon E. Durham* for petitioner. *Mr. M. J. Henderson* for respondent.

No. 894. BANK OF UNITED STATES *v.* IRVING TRUST CO., TRUSTEE IN BANKRUPTCY. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Haar* for petitioner. *Mr. Samuel Blumberg* for respondent.

No. 900. ALBERT PICK & Co. *v.* PEOPLES BANK OF BUFFALO ET AL. May 25, 1931. Petition for writ of certiorari to the County Court of Erie County, New York, denied. *Mr. Alfred M. Saperston* for petitioner. *Mr.*